# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:07-CR-00241-KJD-RJJ |
| v. | **ORDER** |
| DARNELL GASTON, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the **Federal Public Defender** is appointed as counsel for Darnell Gaston in the matter of his Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582(c)(2).

**IT IS FURTHER ORDERED** that the **Federal Public Defender** will notify this Court within thirty (30) days of the entry of this order if it is unable to accept the appointment due to a current conflict. If no conflict is reported, the Federal Public Defender is **FURTHER ORDERED** to report Defendant's eligibility for a sentence reduction within sixty (60) days of the entry of this order.

DATED this 13th day of June 2013.

_____
Kent J. Dawson
United States District Judge