# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:07-CR-00241-KJD-RJJ |
| v. | **ORDER** |
| DARNELL GASTON, | |
| Defendant. | |

Before the Court is Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582 (#95). Defendant's Federal Public Defender, Shari L. Kaufman, has advised the Court that no further action is appropriate in this matter (#102). Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offenses (#95) is **DENIED**.

DATED this 30th day of August 2013.

_____
Kent J. Dawson
United States District Judge